**SAO**
**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
ERIC N. TRAN, ESQ.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
etran@lipsonneilson.com
*Attorneys for Defendant,*
*Sunrise Ridge Master Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00233<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF NEW YORK MELLON'S COMPLAINT**<br><br>**(First Request)** |

Defendant SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION ("HOA")

and Plaintiff BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS

TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE

LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES

2005-57CB ("BNYM"), by and through their respective counsel hereby agree and

stipulate as follows:

*Lipson, Neilson, Cole, Seltzer & Garin, P.C.*
*9900 Covington Cross Drive, Suite 120*
*Las Vegas, Nevada 89144*
*(702) 382-1500 FAX: (702) 382-1512*

1    IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant

2  HOA to Respond to Plaintiff BNYM's Complaint shall be extended to **March 16, 2017**.

3  The HOA's Response was originally due on February 20, 2017. As counsel for

4  Defendant HOA has just been retained in this matter, the parties have entered into this

5  agreement in good faith and not for purposes of delay. This is the parties' way of

6  accommodating each other given the circumstances.

7    Dated this ___ day March, 2017.

8  **LIPSON, NEILSON, COLE,**          **AKERMAN, LLP**
   **SELTZER & GARIN, P.C.**
9

10                                            */s/ Natalie Winslow*

11  KALEB D. ANDERSON, ESQ.            NATALIE WINSLOW, ESQ.
    Nevada Bar No. 7582               Nevada Bar No. 12125
12  ERIC N. TRAN, ESQ.                1160 Town Center Drive, #330
    Nevada Bar No. 11876              Las Vegas, NV 89144
13  9900 Covington Cross Drive, #120
    Las Vegas, NV 89144
14                                    *Attorneys for Plaintiff, Bank of New York*
                                      *Mellon fka The Bank of New York, As*
15  *Attorneys for Defendant,*        *Trustee for the Certificateholders of*
    *Sunrise Ridge Master*            *CWALT, Inc., Alternative Loan Trust*
16  *Homeowners Association*          *2005-57CB, Mortgage Pass-Through*
                                      *Certificates, Series 2005-57CB*
17

18                                    **ORDER**

19

20    **IT IS SO ORDERED.**

21
                       3rd
22  Dated this _____ day of March, 2017.

23

24

25                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
26

27

28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512