**SAO**
**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
ERIC N. TRAN, ESQ.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
etran@lipsonneilson.com
*Attorneys for Defendant,*
*Sunrise Ridge Master Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00233<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF NEW YORK MELLON'S COMPLAINT**<br><br>**(Second Request)** |

Defendant SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB ("BNYM"), by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Plaintiff BNYM's Complaint shall be extended to **March 23, 2017**. The HOA's Response was originally due on March 16, 2017. As counsel for Defendant HOA's calendar schedule has impacted its ability to file a response by the March 16, 2017 deadline, the parties have entered into this agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

Dated this 16 th day March, 2017.

| | |
|---|---|
| **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** | **AKERMAN, LLP** |
| /s/ Eric Tran | /s/ Natalie Winslow |
| KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>ERIC N. TRAN, ESQ.<br>Nevada Bar No. 11876<br>9900 Covington Cross Drive, #120<br>Las Vegas, NV 89144 | NATALIE WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, #330<br>Las Vegas, NV 89144 |
| *Attorneys for Defendant, Sunrise Ridge Master Homeowners Association* | *Attorneys for Plaintiff, Bank of New York Mellon fka The Bank of New York, As Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-57CB, Mortgage Pass-Through Certificates, Series 2005-57CB* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 17th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE